**FEDERAL LIFE INSURANCE COMPANY, Appellant, v. James RHYMER, Appellee.**

No. 7446.

Circuit Court of Appeals, Sixth Circuit.

April 12, 1938.

Low & Bryant, of Pineville, Ky., and William Sampson, of Harlan, Ky., for appellant.

James S. Golden and N. R. Patterson, both of Pineville, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered and adjudged that the judgment appealed from be, and is, affirmed upon the grounds stated and for the reasons given in the opinion of the District Judge filed January 8, 1936, 13 F.Supp. 181.

Judgment affirmed.